UNITED STATES of America,
Plaintiff–Appellee,

v.

Jose Ricardo ALFARO, aka Shy
Boy, Defendant–Appellant.

No. 06–50029.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 8, 2007.*

Filed Jan. 16, 2007.

Bruce Riordan, Esq., Becky S. Walker, Esq., USLA—Office of the U.S. Attorney, Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Jean–Claude Andre, Esq., Ivey Smith & Ramirez, Los Angeles, CA, for Defendant–Appellant.

Before: ALARCÓN, HALL, and PAEZ, Circuit Judges.

MEMORANDUM **

Jose Ricardo Alfaro appeals from a judgment sentencing him to 97 months in prison for possession with intent to distribute cocaine, in violation of 21 U.S.C. § 841(b)(1)(B). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we vacate and remand for re-sentencing.

Although the Government contends that Alfaro waived his right to appeal the sentence, the record demonstrates that the conditions of the appeal waiver were not met. *See United States v. Sar–Avi*, 255 F.3d 1163, 1166 (9th Cir.2001) (holding that the Government is to be held to the literal terms of the plea agreement).

Alfaro contends that re-sentencing is required because the district court failed

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

to comply with the required procedural requirements for sentencing. We agree. *See* 18 U.S.C. § 3553(c); *United States v. Lockard,* 910 F.2d 542, 545–46 (9th Cir. 1990); *see also United States v. Mohamed,* 459 F.3d 979, 985 (9th Cir.2006) (requiring district courts to provide specific reasons for their sentencing decisions to demonstrate consideration of the sentencing factors set forth in 18 U.S.C. § 3553(a)); *United States v. Cantrell,* 433 F.3d 1269, 1280 (9th Cir.2006) (requiring district courts to accurately calculate the applicable advisory Guidelines range).

We vacate the sentence and remand for re-sentencing.

**VACATED and REMANDED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.